Amos J. Richardson, Appellant, *v.* Alice Rhines et al., Respondents.

*Richardson* v. *Rhines,* 42 App. Div. 624, affirmed.
(Argued November 17, 1902; decided December 2, 1902.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 23, 1899, affirming a judgment in favor of defendants entered upon a verdict and an order denying a motion for a new trial.

*Amos J. Richardson* for appellant.

*William L. Barnum* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: Parker, Ch. J., Gray, Bartlett, Haight, Martin, Vann and Werner, JJ.

---

Florence B. Schwaman, Respondent, *v.* Edgar I. Truax et al., Appellants.

*Schwaman* v. *Truax,* 53 App. Div. 626, affirmed.
(Argued November 17, 1902; decided December 2, 1902.)

Appeal from a judgment entered February 26, 1901, upon an order of the Appellate Division of the Supreme Court in the third judicial department, affirming an interlocutory judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Charles E. Patterson, A. J. Dillingham* and *Charles C. Van Kirk* for appellants.

*Judson S. Landon, Robert J. Landon* and *John F. Clute* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: Parker, Ch. J., Bartlett, Haight, Vann and Werner, JJ. Not voting: Gray and Martin, JJ.